**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **ALLIED WORLD SURPLUS LINES** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-24-CV-175-KC** |
| | § | |
| **ELAMEX USA, CORP,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

On this day, the Court considered the parties' Joint Stipulation to Dismiss Action Without Prejudice ("Stipulation"), ECF No. 44.  In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Stipulation, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 17th day of June, 2024.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE